UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
U.S. SECURITIES HOLDINGS, INC.; U.S. SECURITY   :   Case No.:  1:19-cv-8025 (CM)
ASSOCIATES HOLDINGS, INC.,                      :
 :
                              Plaintiffs,       :
 :   **ORAL ARGUMENT REQUESTED**
           -against-                            :
 :
RANDY ANDREWS,                                  :
 :
                              Defendant.        :
 :
------------------------------------------------------------------------X

## NOTICE OF DEFENDANT'S OMNIBUS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF STANDING UNDER FED. R. CIV. P. 12(c) OR, IN THE ALTERNATIVE, MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a) OR, IN THE ALTERNATIVE, MOTION TO DISMISS, TRANSFER, OR TO STAY THE CASE UNDER THE FIRST FILED RULE

**PLEASE TAKE NOTICE** that, upon the accompanying Defendant's Randy Andrews' (hereinafter "Randy" or "Defendant) Memorandum of Law in Support of Defendant's Omnibus Motion To Dismiss For Failure To State A Claim And Lack Of Standing Under Fed. R. Civ. P. 12(c) Or, In The Alternative, Motion To Transfer Under 28 U.S.C. § 1404(a) Or, In The Alternative, Motion To Dismiss, Transfer, Or To Stay The Case Under The First Filed Rule; the Declaration of Robert J. Rando, Esq., dated August 3, 2020, with attached EXHIBITS A through C; the Request For Judicial Notice attached hereto; and upon all of the papers and proceedings herein, Defendant, by and through his Counsel, The Rando Law Firm P.C., shall move before the Honorable Colleen McMahon, U.S.D.J., at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 24A, New York, NY 10007, on a date and time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(c) and 12(h)(2) to dismiss for failure to state a claim and lack of standing for failure to join a

party under Fed. R. Civ. P. 19, or in the alternative, to transfer pursuant to  28 U.S.C. § 1404(a), or in the alternative, to dismiss, transfer, or stay the case pending the outcome of a first-filed related case under the first filed rule and for such other and further relief as the Court may deem just and proper.

Dated: Syosset, New York
August 6, 2020

                                        Respectfully submitted,

                                        THE RANDO LAW FIRM P.C.

                                        By:  /s/        *Robert J. Rando*

                                        Robert J. Rando, Esq.
                                        6800 Jericho Turnpike
                                        Suite 120W
                                        Syosset, NY 11791
                                        (516) 799-9800
                                        Email:  RRando@RandoLawFirm.com
                                        *Attorneys for Defendant, Randy Andrews*

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on August 6, 2020, he caused a true and accurate copy of the annexed **NOTICE OF DEFENDANT'S OMNIBUS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF STANDING UNDER FED. R. CIV. P. 12(c) OR, IN THE ALTERNATIVE, MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a) OR, IN THE ALTERNATIVE, MOTION TO DISMISS, TRANSFER, OR TO STAY THE CASE UNDER THE FIRST FILED RULE**, along with the attached **REQUEST FOR JUDICIAL NOTICE**, to be served, via Electronic ECF Filing to nmweissman@bclplaw.com and charlene.wang@bclplaw.com, on the following counsel for Plaintiffs:

Noah M. Weissman, Esq.
Charlene Wang, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
*Attorneys for Plaintiffs,*
*U.S. Securities Holdings, Inc. &*
*U.S. Security Associates Holdings, Inc.*
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 541-2000
nmweissman@bclplaw.com
charlene.wang@bclplaw.com

Syosset, New York
August 6, 2020

                                            /s/   Robert J. Rando
                                            Robert J. Rando
                                            6800 Jericho Turnpike
                                            Suite 120W
                                            Syosset, New York  11791
                                            Tel:  516-799-9800
                                            RRando@RandoLawFirm.com