UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
U.S. SECURITIES HOLDINGS, INC.; U.S. SECURITY  :   Case No.: 1:19-cv-8025 (CM)
ASSOCIATES HOLDINGS, INC.,                                    :
:
                                Plaintiffs,       :   **ORAL ARGUMENT REQUESTED**
:
      -against-                                                     :
:
RANDY ANDREWS,                                                   :
:
                              Defendant.     :
:
------------------------------------------------------------------------X

## DECLARATION OF ROBERT J. RANDO, ESQ.

I, ROBERT J. RANDO, declare:

1. I am an attorney licensed to practice under the laws of the State of New York, and before this Court, and am a Member of The Rando Law Firm P.C., attorney for Defendant, Randy Andrews.

2. I submit this Declaration in support of Defendant Randy Andrews Omnibus Motion To Dismiss For Failure To State A Claim And Lack Of Standing Under Fed. R. Civ. P. 12(c) Or, In The Alternative, Motion To Transfer Under 28 U.S.C. § 1404(a) Or, In The Alternative, Motion To Dismiss, Transfer, Or To Stay The Case Under The First Filed Rule.

3. I submit this Declaration for the purpose of transmitting to the Court a true and accurate copy of the following:

    **EXHIBIT A** - California State Superior Court Complaint No. 18STCV02533.
    **EXHIBIT B** - California State Superior Court Complaint No. 19STCV05084.
    **EXHIBIT C** - Assignment Documents, filed by Plaintiffs and their related entities with the United States Patent and Trademark Office ("USPTO").

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 3, 2020.

Dated: August 3, 2020
       Syosset, New York

                                                          /s/    *Robert J. Rando*
                                                       Robert J. Rando, Esq.